ERIC GRANT
United States Attorney
LUKE BATY
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 5:25-PO-00132-CDB |
|---|---|
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER VACATE TRIAL SETTING AND SET A CHANGE OF PLEA |
| v. | |
| VICTOR FASANO, | DATE: September 2, 2025 |
| Defendant. | TIME: 10:00 A.M. |
|  | COURT: Christopher D. Baker |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this Class B misdemeanor matter was set for trial on September 2, 2025.

2. The defendant appeared before Your Honor on July 1, 2025 *pro se* and requested the case be set for trial

3. In August 2025, Defense Counsel Mai Shawwa agreed to represent the Defendant in the above matter.

4. The government and Defense counsel have engaged in plea negotiations. The parties anticipate reaching a resolution in the above case.

5. As a result, the parties jointly request the Court vacate the September 2, 2025 trial date

1

and set a change of plea hearing for October 7, 2025 at 10:00am.

6. Defense counsel will use the time between the date of this filing and October 3, 2025 to discuss a plea agreement with the Defendant.

7. By this stipulation, initiated by the Defense, the parties stipulate that Court vacate the Trial Setting for September 2, 2025 and a Change of Plea hearing set on October 7, 2025.

8. Because this case involves a pending class B misdemeanor, no exclusion of time is necessary.

IT IS SO STIPULATED.

///

///

Dated:  August 25, 2025            ERIC GRANT
                                   Acting United States Attorney

                                   /s/ LUKE BATY
                                   LUKE BATY
                                   Assistant United States Attorney

Dated:  August 25, 2025            /s/ MAI SHAWWA
                                   MAI SHAWWA
                                   Counsel for Defendant
                                   Victor FASANO

## **ORDER**

Based upon the stipulation and representations of the parties and good cause shown, the Court orders the September 2, 2025, Trial setting be VACATED, and a Change of Plea hearing be set on October 7, 2025. The parties and counsel SHALL APPEAR in-person for the Change of Plea hearing. IT IS SO ORDERED.

Dated:  **August 25, 2025**            _____
                                        UNITED STATES MAGISTRATE JUDGE