# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>VICTOR FASANO,<br><br>    Defendant. | Case No. 5:25-po-00132-CDB<br><br>CVB Violation E1037891 / CA71<br><br>ORDER ON DEFENDANT'S REQUEST TO APPEAR REMOTELY FOR CHANGE OF PLEA HEARING<br><br>(Doc. 12) |

On September 9, 2025, Defendant Victor Fasano filed a request for Court order permitting him to appear for the scheduled change of plea hearing on October 7, 2025, via remote, videoconference means, on the grounds that he resides outside the Eastern District of California (in Las Vegas, NV) and that it will be a hardship for him to travel to Bakersfield.  (Doc. 12)

For good cause shown, Defendant's request is GRANTED IN PART.

Accordingly, IT IS HEREBY ORDERED, Defendant is authorized to appear remotely for the change of plea/sentencing hearing on October 7, 2025, at 10:00AM before Magistrate Judge Christopher D. Baker, from the U.S District Court, District of Nevada, 333 Las Vegas Blvd. South Las Vegas, NV 89101.

No later than September 12, 2025, counsel for Defendant shall contact the undersigned's courtroom deputy for further directions and shall coordinate arrangements to facilitate the remote appearance with identified U.S. District Court staff from the District of Nevada.

1

And it is FURTHER ORDERED, Defendant shall arrive at the U.S. District Court, District of Nevada, on October 7, 2025, at least 30 minutes prior to the scheduled change of plea hearing.

IT IS SO ORDERED.

Dated: **September 10, 2025**

UNITED STATES MAGISTRATE JUDGE